UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERIC WELLINGTON,

                **Plaintiff,**

     v.                                                 9:12-CV-1019
                                                          (FJS/DEP)

C.O. B. LANGENDORF,

                **Defendant.**

---

**APPEARANCES**                                               **OF COUNSEL**

**ERIC WELLINGTON**
**09-A-0622**
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562
Plaintiff *pro se*

**OFFICE OF THE NEW YORK STATE**     **CHRISTOPHER W. HALL, AAG**
**ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendant

**SCULLIN, Senior Judge**

### ORDER

    Currently before the Court is Magistrate Judge Peebles' January 5, 2015 Report and Recommendation, in which he recommended that this Court grant Defendant's motion for summary judgment and dismiss Plaintiff's amended complaint in its entirety. *See* Dkt. 46. The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Peebles' January 5, 2015 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Peebles' January 5, 2015 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendant's motion for summary judgment, *See* Dkt. No. 42, is **GRANTED**; and the Court further

**ORDERS** that Plaintiff's amended complaint is **DISMISSED** in its entirety; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: January 28, 2015
       Syracuse, New York

                                                                Frederick J. Scullin, Jr.
                                                                 Senior United States District Court Judge